```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| DOUGLAS QUALEY | * | CIVIL ACTION |
| VERSUS | * | NO: 06-5327 C/W 06-7613 |
| GAYNELL J. MARTIN INSURANCE, INC., ET AL | * | SECTION: "D"(4) |

**ORDER AND REASONS**

Before the court is the **"Motion for Summary Judgment"** (Doc. No. 11) filed by Defendant, Gaynell J. Martin Insurance, Inc. (Martin).  Plaintiff, Douglas Qualey, and Defendant, The Standard Fire Insurance Company, filed memoranda in opposition.  The motion, set for hearing on Wednesday, December 5, 2007, is before the court on briefs, without oral argument.[1]  Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.

In its motion, Defendant Martin submits that it sent a request to The Standard Fire Insurance Company to increase flood insurance coverage on Plaintiffs' properties located in New Orleans,

---

[1] Defendant Martin filed a Request for Oral Argument (Doc. No. 14), but the court finds that oral argument would not be helpful in deciding the motion; thus, the court **DENIES** Defendant Martin's Request for Oral Argument.

Louisiana, and that the requested increases should have been effective on August 15, 2005.  (Hurricane Katrina struck the New Orleans area on August 29, 2005, and Plaintiffs allege that their properties sustained flood damage.).  However, based on the summary judgment evidence submitted by the parties, the court finds that there are genuine issues of material fact as to when The Standard Fire Insurance Company received the endorsement requests and premiums for the increased flood coverage.  And thus the effective date of the increased coverage is also disputed.  Accordingly;

**IT IS ORDERED** that the **"Motion for Summary Judgment"** filed by Defendant, Gaynell J. Martin Insurance, Inc., be and is hereby **DENIED**.

New Orleans, Louisiana, this **29th** day of **November**, **2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE